# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE C. GRAY, <br> Petitioner, <br><br> vs. <br><br> BRIAN H. THOMPSON, *et al.* <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 2:17cv1677 <br> Electronic Mail <br><br> Judge David Stewart Cercone <br> Magistrate Judge Robert C. Mitchell |

## ORDER

AND NOW this 30th day of July, 2018, after Petitioner filed *pro se* a petition for a writ of *habeas corpus* (ECF No. 4) and after Defendants filed an answer (ECF No. 11) and brief in support thereof (ECF No. 10), and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and, no objections having been filed, upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 15), which is adopted as the opinion of this Court,

IT IS ORDERED that Petitioner's petition for writ of *habeas corpus* (ECF No. 4) is DISMISSED and, because reasonable jurists could not conclude that a basis for appeal exists, that a certificate of appealability is DENIED.

Finally, it is ORDERED that the Clerk shall mark this case as closed.

*/s/ DS Cercone*
David Stewart Cercone
Senior United States District Judge

cc: Lawrence C. Gray
    GT-7503
    SCI Mercer
    801 Butler Pike
    Mercer, PA 16137
    (*Via First Class Mail*)

    Khadija T. Diggs, Esquire
    (*Via CM/ECF Electronic Mail*)